IN THE UNITED STATES DISTRICT COURT
FOR MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN MICHAEL KITTLESON | Case No. 22-mj-955 ECW<br><br>**SEALED BY ORDER OF THE COURT** |

AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT

I, Kevin Brown, being first duly sworn, hereby depose and state as follows:

1. I have been a licensed Peace Officer in the state of Minnesota since January 2009 after earning an undergraduate degree in Law Enforcement and is currently employed by the Eden Prairie Police Department. My current assignment is a Task Force Officer on the Violent Crimes Task Force at the Federal Bureau of Investigations (F.B.I.). I assist local police departments in Minnesota with a recent surge in armed car-jackings; bank robberies and burglaries of ATM machines at banks and credit unions predominantly in the metropolitan area, including but not limited to agencies in the counties of Hennepin, Anoka and Dakota.

2. This affidavit is based on my personal knowledge as well as information gleaned from other law enforcement agencies to include the written review of reports, written materials and recordings. This affidavit does not include all the details learned during this investigation. Rather, this affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Justin

Michael KITTLESON for violations of 18 U.S.C. § 2119(1).

## STATUTORY AUTHORITY

3. The elements of Title 18 United States Code § 2119 (Carjacking), states in part: Whoever, possessed a firearm, took or attempted to take, a motor vehicle from another person by force, violence or intimidation, and that the motor vehicle had been transported, shipped or received interstate or foreign commerce is guilty of engaging in carjacking. Carjacking is punishable by imprisonment not more than 15 years.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On September 24, 2022, officers from the Blaine Police Department were called to the location of Cub Foods located on Northtown D Blaine for a carjacking. Based on witness statements and the surveillance footage from Cub Foods, the incident targeted two victims (S.J. and her father R.W.) as they left the grocery store and returned to their car to load their groceries. The car was a white 2021 Dodge bearing Minnesota license plate HTH270 and vehicle identification number 2C3CDXL9XMH614130. I know based on training and experience that Dodge does not manufacture within the State and District of Minnesota and that the car was transported, shipped, or received in interstate or foreign commerce.

5. The suspect, later identified as KITTLESON, was wearing a hooded sweatshirt with the word "Runtz" on it and a black mask. He approached S.J. at the trunk of her car and pointed a gun at her. R.W. attempted to intervene, and a struggle ensued. KITTLESON fired a shot at R.W., which bullet is believed to have grazed R.W.'s ear and injuring him. After firing the gun, KITTLESON then took control of the car and drove

away. A 9MM shell casing was recovered at the scene.

6. The Blaine Police Department released a description of the incident on social media including a surveillance image of the suspect in the hooded sweatshirt with "Runtz" written on it. In response to that social media post, a concerned citizen contacted the police and identified the carjacker as KITTLESON.

7. Surveillance from the Cub Foods on the day of the carjacking shows the carjacker greeting and fist-bumping someone as if they were familiar to each other. Law enforcement identified, found, and interviewed that person, who turned out to be a relative of KITTLESON's. That individual confirmed to law enforcement that the person he can be seen on surveillance fist-bumping in the grocery store on the day of the carjacking was, in fact, KITTLESON.

8. Blaine PD also learned that KITTLESON had previously been arrested in February of 2022, and obtained a body-worn camera still image of KITTLESON from that prior arrest. Notably, during that February 2022 arrest, KITTLESON was wearing what appeared to be the same hooded sweatshirt with the word "Runtz" on it.

9. On September 29, 2022, KITTLESON was arrested. During an attempted interview, KITTLESON suggested that law enforcement should go to a Dodge dealership in order to help locate the vehicle, despite the fact that law enforcement had not told KITTLESON what type of car they were seeking.

10. Also on September 29, 2022, a search warrant was executed at KITTLESON's residence. Law enforcement recovered what is believed to be the same hooded sweatshirt with the word "Runtz" on it worn during the September 24, 2022

3

carjacking. Two 9MM firearms (the same caliber as the casing found at the scene of the carjacking) were also recovered from the residence.

## CONCLUSION

11. I respectfully submit that there is probable cause to believe that KITTLESON violated of 18 U.S.C. § 2119(1). Based upon the information above, I request the Court issue the proposed arrest warrant for KITTLESON. The foregoing is true to the best of my knowledge and belief.

Further your Affiant sayeth not.

_____
Kevin Brown
Task Force Officer, FBI

SUBSCRIBED and SWORN before me
by reliable electronic means via Zoom and
email pursuant to Fed. R. Crim. P. 41(d)(3) on
November 16, 2022:

_____
THE HON. ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

4