CR 22-363 ADM/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | 18 U.S.C. § 924(c) |
| ) | 18 U.S.C. § 2119(1) |
| v. ) | |
| JUSTIN MICHAEL KITTLESON, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Carjacking)

On or about September 24, 2022, in the State and District of Minnesota, the defendant,

**JUSTIN MICHAEL KITTLESON,**

did knowingly and unlawfully take a motor vehicle, that is, a white 2021 Dodge Hellcat, bearing license plate HTH270, and vehicle identification number 2C3CDXL9XMH614130, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of S.J. and R.W., by force and violence and by intimidation, with the intent to cause serious bodily harm, all in violation of Title 18, United States Code, Section 2119(1).



SCANNED
DEC 21 2022
U.S. DISTRICT COURT MPLS

United States v. Justin Michael Kittleson

## COUNT 2
(Using, Carrying, Brandishing and Discharging a Firearm
During and in Relation to a Crime of Violence)

On or about September 24, 2022, in the State and District of Minnesota, the defendant,

**JUSTIN MICHAEL KITTLESON,**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Indictment, which is hereby re-alleged and incorporated herein by reference, did knowingly and unlawfully use, carry, brandish, and discharge a firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii).

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 or 2 of this Indictment, the defendant,

**JUSTIN MICHAEL KITTLESON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in or used in connection with the violations.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                              FOREPERSON